James Markwith 12657-049
<u>Number/Alien Registration Number</u>

FCI Loretto, Cresson PA
<u>Place of Confinement</u>

P.O. Box 1000
<u>Mailing Address</u>

Cresson, PA 16630
<u>City, State, Zip Code</u>

**FILED**
NOV 0 2 2023
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

#3
NO RELATED
FEE PAID
Shell Opened

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

James Russell Markwith
(Full Name of Petitioner)

Petitioner,

vs.

Micheal Underwood
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

) Case No. 3:23-cv-273
) (To be supplied by Clerk)
)
) Petitioner Under 28 U.S.C. § 2241
) For a Writ Of Habeas Corpus
) By a Person In Federal Custody

## PETITION

1. What are you challenging in this petition?
   - ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   - ☐ Immigration detention
   - ☐ Probation, parole or supervised release
   - ☒ Other (explain): Equal Protection Clause and BOP PS 3420.11 & 4500.12 - Challenge institutions decision to deny my access to Public Messaging service (TRULINCS2). Reasons highlighted in attachment A are applied wrong.

2. (a) Name and location of the agency or court that made the decision you are challenging: FBOP - Local, Regional, Central Office. (See Attachment B)

   (b) Case or opinion number: <u>1071777-F1; 1071777-R1; 1071777-A1 and 1171907-F2</u>

   (c) Decision made by the agency or court: ~~Denied~~ Rejected - Untimely

1

(d) Date of the decision: _____August 11, 2023_____

3. Did you appeal the decision to a higher agency or court? Yes☒ No ☐

If yes, answer the following:

(a) First appeal:

(1) Name of the agency or court: _____Regional Office-Northeast Region FBOP_____

(2) Date you filed: _____(See Attachment C)_____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: I was ~~denied~~ rejected for ~~incorrect reason~~ untimely, and was being singled out as a second class inmate. I/M Ryan Verch 07-00168-CR-WTM-4 SD. GA was charged and convicted for conduct that is being listed for reasons I am to be denied PUBLIC MESSAGING access, yet he has access. ~~This a violation of both PS 3420.11 (Standards of Employee Conduct) and PS~~ 4500.12

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Second appeal:

(1) Name of the agency or court: _____

(2) Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(c) Third appeal:

(1) Name of the agency or court: _____

2

(2) Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.  If you did not appeal the decision to a higher agency or court, explain why you did not:_____
_____
_____
_____

5.  Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
    Yes ☐
    No ☒

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.

GROUND ONE: Equal Protection Act violation

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): Warden Underwood violated the Equal Protection Clause by treating me as a second class citizen/inmate and deferred preferential treatment to another inmate and group of inmates. (Attached List Under Seal).

The inmates listed in the attached list all have PUBLIC MESSAGING access and all have similar conduct as to what is being applied for the rational to deny my access (Part I in Attachment A; par 5. I/M Verch and the others listed in the attach list (under seal) all have Public Messaging access, and have never been denied access. I had access from 2012 - 2016 without issue. This was even after post sentencing, and arriving here at FCI Loretto in 2014. BOP Staff are to treat all inmates equal as a group, and not permitted to treat one person of that group any different under like circumstances. There is not distinction. I/M Verch and I both have conduct listed in our PSR's that is similar conduct, and I am being singled out and denied access to something that he is not. Given the nature of his charge and case in relation to mine, it would serve to say that I/M Verch would be more a likely to be denied access to PUBLIC MESSAGE service. — Continued on seperate sheet

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☒ No ☐

(c) If yes, did you present the issue to:
   ☒ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

### Continued from page 4

In the four (4) years that I had access to the public message system, there was not one instance that suggested that I used email illicitly or illegally. To infer that I have a greater propensity to use FBOP email to possibly re-offend over those with other offenses who use email, without any justification for that assumption, is discriminatory. If the same approach was used for drug or fraud offenders, not only would they not have email access, but they also would be restricted from phone usage; both phone and email are normally used in those types of crime.

Below are inmates who either are currently or who were previously here at FCI Loretto who have email access and who have sex offense charges that include the use of email or messaging service to communicate with a minor and perpetuated their crime. The TRULINCS system is closely monitored and every contact that is added is verified by the FBOP. Supporting documents are attached to support the claim of an Equal Protection Clause violation; they also further support my argument.

I ask that the court keep in mind that I am not an attorney and do not know the law in its fullest extent, and therefore ask that the court give an open scope of view to my complaint. Should clarification be needed, I request the court to send such notification to me and I will attempt to clarify further. I also request to have this motion filed under seal to protect the inmates listed from being ousted on their compounds for safety reasons.

|   | Case # |
|---|---|
| Jeffrey E. Stoneburner, II | 3:18-cr-00104-JD-MGG |
| Ronald A. Brown | 2:02-cr-00189-RAJ-TEM |
| Timothy M. Rissmiller | 1:16-cr-00140-WWC-2 |
| Jeffrey Harrison | 2:15-cr-00121-DWA |
| Paul Hodson, II | 1:19-cr-10209-PBS |
| Christopher Welshans | 2:15-cr-00015-DWA |
| Ryan Verch | 4:07-cr-00168-WTM-GRS |

_____
_____
_____

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐

(c) If yes, did you present the issue to:
  ☐ The Office of General Counsel
  ☐ The Board of Immigration Appeals
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
_____
_____
_____
_____
_____
_____
_____

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☒ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a) Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☐

If yes, answer the following:

(1) Name of court: _____

(2) Case number: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

8

(6) Issues raised: _____
_____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

(b) Explain why the remedy under § 2255 is inadequate or ineffective: _____
_____
_____
_____

8. If this case concerns immigration removal proceedings, answer the following:    NO

   (a) Date you were taken into immigration custody: _____

   (b) Date of removal or reinstatement order: _____

   (c) Did you file an appeal with the Board of Immigration Appeals?  Yes ☐ No ☐

      (1) Date you filed: _____

      (2) Case number: _____

      (3) Result: _____

      (4) Date of result: _____

      (5) Issues raised: _____
      _____
      _____

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

   (d) Did you file an appeal with the federal court of appeals?
   Yes ☐  No ☐

      (1) Name of the court: _____

      (2) Date you filed: _____

      (3) Case number: _____

      (4) Result: _____

9

(5) Date of result: _____

(6) Issues raised: _____
_____
_____
_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: I respectfully request that this court order ~~reinstate my PUBLIC messaging~~ the FBOP to reinstate my PUBLIC MESSAGING access so that I can more efficiently and cost effectively communicate with my family, friends, professors, and legal resources. or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on Oct 17 2023 (month, day, year).

_____
Signature of Petitioner

_____        _____
Signature of attorney, if any        Date

10